BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
TRENT K. FUJII (Cal. Bar No. 344614)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8995
    Facsimile: (213) 894-7819
    E-mail: Trent.Fujii@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHALIE COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:23-cv-07757-CBM-JPR<br><br>**JOINT STIPULATION TO STAY THE CASE, OR CONTINUING ALL CASE DEADLINES BY APPROXIMATELY 120 DAYS, PENDING RESOLUTION OF THE UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF TRENT K. FUJII**<br><br>[(Proposed) Order filed concurrently herewith]<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

IT IS HEREBY STIPULATED by and between plaintiff Nathalie Cohen ("Plaintiff") and defendant United States of America ("United States") (together, the "Parties"), through their respective counsel and subject to Court approval, that this action be stayed and all remaining dates be vacated pending resolution of the United States' summary judgment motion that is currently under submission. *See* Dkt. 50. In the alternative, the Parties respectfully request that the trial and final pretrial conference dates and associated deadlines be continued approximately one hundred and twenty (120) days. The Parties respectfully submit that good cause exists under Fed. R. Civ. P. 16(b)(4) to stay or modify the Court's Scheduling Order (Dkt. 23) because the United States' motion seeks a dispositive ruling under the discretionary function exception to the Federal Tort Claims Act. *See* Dkt. 34.

This stipulation is based on the following:

1. On March 4, 2025, the Parties attended mediation with Mark E. Fingerman. The case did not settle. Declaration of Trent K. Fujii ("Fujii Decl."), attached hereto, ¶ 2; *see* Dkt. 30.

2. On March 28, 2025, fact discovery ended. Dkt. 23.

3. On June 10, 2025, the United States filed its summary judgment motion with hearing set for July 8, 2025, at 10:00 AM. Dkt. 34.

4. On June 23, 2025, Plaintiff filed her opposition to the United States' summary judgment motion. Dkts. 35-42.

5. On June 26, 2025, the parties filed a stipulation requesting that "this Court consider Plaintiff's untimely opposition (Dkts. 34 – 39, 42), permit the United States to file a reply brief, and to continue the hearing date so the United States' summary judgment motion can be decided on the merits." Dkt. 43. The Parties requested that "the Court also continue the remaining expert discovery deadlines, the Final Pretrial Conference, and the Bench Trial while the United States' summary judgment motion is pending given the potential for this case to be fully adjudicated by the United States' summary judgment motion." *Id.* The Court approved the "joint stipulation to continue

the deadline for Defendant to file its reply in support of its motion for summary judgment to July 15, 2025 and to continue the hearing date on Defendant's motion for summary judgment to August 5, 2025." Dkt. 44. The stipulation was "otherwise DENIED. The expert discovery deadlines, final pre-trial conference, and trial dates set in the Court's April 29, 2025 order (Dkt. No. 33) remain unchanged." *Id.*

6. On July 15, 2025, the United States filed its reply brief in support of its summary judgment motion. Dkt. 45.

7. On July 31, 2025, August 7, 2025, and August 21, 2025, the Court continued the hearing on the United States' summary judgment motion. Dkt. 47, 48, 49.

8. On August 29, 2025, the expert discovery period ended. Dkt. 33.

9. On September 3, 2025, the Court found that the United States' summary judgment motion was appropriate for decision without oral argument. Dkt. 50. The motion was taken under submission and the hearing vacated. *Id.*

10. The Court has not yet ruled on the United States' summary judgment motion.

11. The Final Pretrial Conference is set for October 7, 2025, at 2:30 p.m. and trial on November 4, 2025, at 10:00 a.m. Dkt. 33.

12. Based on the forgoing, the Parties agree that, subject to the Court's approval, this matter be stayed and all remaining dates be vacated pending the resolution of the United States' summary judgment motion. Fujii Decl. ¶ 3. In the alternative, the Parties respectfully request that the trial and final pretrial conference dates and associated deadlines be continued approximately one hundred and twenty (120) days. *Id.* ¶ 4. The Parties respectfully submit that good cause exists for the requested stay as the United States' summary judgment motion is brought on jurisdictional grounds under the discretionary function exception to the Federal Tort Claims Act and seeks a dispositive ruling on all of Plaintiff's claims. *Id.* ¶ 5.

ACCORDINGLY, the Parties HEREBY STIPULATE, subject to Court approval, that this action be stayed and all remaining case dates and deadlines be vacated pending

1 | resolution of the United States' summary judgment motion.

2 |     In the alternative, the Parties respectfully request that the trial and final pretrial conference dates and all remaining case deadlines be continued approximately one hundred and twenty (120) days.

Dated: September 22, 2025

Respectfully submitted,

   */s/ Samuel O. Ogbogu*
SAMUEL O. OGBOGU
JAY VALENTINE

Attorneys for Plaintiff
NATHALIE COHEN

Dated: September 22, 2025

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

   */s/ Trent K. Fujii**
TRENT K. FUJII
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# DECLARATION OF TRENT K. FUJII

I, Trent K. Fujii, do hereby declare and state as follows:

1. I am an Assistant United States Attorney with the U.S. Attorney's Office for the Central District of California, and the attorney responsible for defending the United States in this matter. If called as a witness, I could and would competently testify thereto.

2. On March 4, 2025, the Parties attended mediation with Mark E. Fingerman. The case did not settle.

3. Plaintiff's counsel, Samuel Ogbogu, and I agree that, subject to the Court's approval, this matter be stayed and all remaining dates be vacated pending the resolution of the United States' summary judgment motion.

4. In the alternative, we agreed to request that the trial and final pretrial conference dates and all associated deadlines be continued approximately one hundred and twenty (120) days.

5. Mr. Ogbogu and I agreed that good cause exists for the requested stay as the United States' summary judgment motion is brought on jurisdictional grounds under the discretionary function exception to the Federal Tort Claims Act and seeks a dispositive ruling on Plaintiff's claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of September 2025, at Los Angeles, California.

                                            */s/ Trent K. Fujii*
                                            TRENT K. FUJII