BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
TRENT K. FUJII (Cal. Bar No. 344614)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8995
    Facsimile: (213) 894-7819
    E-mail: Trent.Fujii@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHALIE COHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:23-cv-07757-CBM-JPR<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT**<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

PLEASE TAKE NOTICE that pursuant to the Court's Order granting defendant United States of America's ("United States") Motion for Summary Judgment dated October 10, 2025 (Dkt. 54), the United States hereby lodges the [Proposed] Judgment entering judgment in its favor.

Dated: October 27, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　/s/ Trent K. Fujii
TRENT K. FUJII
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA