JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHALIE COHEN, | No. 2:23-cv-07757-CBM-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | Honorable Consuelo B. Marshall United States District Judge |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's Order granting defendant United States of America's ("United States") Motion for Summary Judgment dated October 10, 2025 (Dkt. 54), it is hereby ordered, adjudged, and decreed that:

1. Judgment is entered in favor of the United States.
2. Costs of suit are awarded to the United States in an amount according to proof. Within 14 days after entry of this judgment, the United States shall file and serve in accordance with L.R. 54-2 a completed Application to the Clerk to Tax Costs.

IT IS SO ORDERED.

DATED: October 31, 2025

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE